

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00606-CV

In the Interest of **M.D.C.** and M.F.C., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00280
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is DENIED.

SIGNED May 26, 2021.

_____
Irene Rios, Justice